In the Matter of RICHARD J. CALLE (Admitted as RICHARD JOHN CALLE), a Disbarred Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted February 21, 2006; decided May 2, 2006

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.